Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MILLER,<br><br>  Plaintiff,<br><br>v.<br><br>WPX ENERGY, INC., KIMBERLY S. LUBEL, JOHN A. CARRIG, KELT KINDICK, ROBERT K. HERDMAN, VALERIE M. WILLIAMS, KARL F. KURZ, RICHARD E. MUNCRIEF, CLAY M. GASPAR, D. MARTIN PHILLIPS, and DOUGLAS E. SWANSON, JR.,<br><br>  Defendants. | Case No: 1:20-cv-05646-PKC-RML<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michael Miller hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: January 9, 2021                                             Respectfully submitted,

                                                                                   **HALPER SADEH LLP**

                                                                                   By: /s/ Daniel Sadeh
                                                                                   Daniel Sadeh, Esq.
                                                                                   667 Madison Avenue, 5th Floor
                                                                                   New York, NY 10065
                                                                                   Telephone: (212) 763-0060
                                                                                   Facsimile: (646) 776-2600
                                                                                   Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I, Daniel Sadeh, hereby certify that on January 9, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: January 9, 2021                                           /s/ Daniel Sadeh
                                                                                  Daniel Sadeh